1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   MATTHEW C. CASSELL
3  Assistant U.S. Attorney
   Colorado State Bar No. 38157
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: Matthew.Cassell@usdoj.gov
   Attorneys for Plaintiff
7

**VICTIM**

FILED

2025 NOV 19 PM 2: 48

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR25-05011 TUC-JGZ(MSA)**

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10  United States of America,

11                            Plaintiff,

12            vs.

13  Anthony Damian Garcia,

14                            Defendant.

I N D I C T M E N T

Violations:
18 U.S.C. § 758
(High Speed Flight from an Immigration
Checkpoint)
(Count 1)

18 U.S.C. §§111(a)(1) and (b)
(Assault on a Federal Officer with a Deadly
or Dangerous Weapon)
(Counts 2 and 3)

19  **THE GRAND JURY CHARGES:**

20                          <u>COUNT ONE</u>

21        On or about October 26, 2025, in the District of Arizona, ANTHONY DAMIAN

22  GARCIA did knowingly flee and evade an immigration checkpoint operated by the United

23  States Border Patrol, a federal law enforcement agency, in a motor vehicle, and did flee

24  from federal, state, or local law enforcement agents at speeds in excess of the legal speed

25  limit, in violation of Title 18, United States Code, Section 758.

26  ///

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

On or about October 26, 2025, in the District of Arizona, ANTHONY DAMIAN GARCIA did intentionally, knowingly and recklessly forcibly assault, intimidate, and interfere with United States Border Patrol Agent E.E., a person designated under Title 18, United States Code, Section 1114, as a United States Border Patrol Agent at the time, who was engaged in and on account of his official duties, and in doing so, used a deadly and dangerous weapon, to wit: a hammer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT THREE

On or about October 26, 2025, in the District of Arizona, ANTHONY DAMIAN GARCIA did intentionally, knowingly and recklessly forcibly assault, intimidate, and interfere with United States Border Patrol Agent J.Y., a person designated under Title 18, United States Code, Section 1114, as a United States Border Patrol Agent at the time, who was engaged in and on account of his official duties, and in doing so, used a deadly and dangerous weapon, to wit: a hammer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: November 19, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

MATTHEW C. CASSELL
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Anthony Damian Garcia*
*Indictment Page 2 of 2*