IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>            Plaintiff,<br><br>v.<br><br>Anthony Damian Garcia<br><br>            Defendant. | No. 4:25-mj-12300-MSA-1<br><br>**WAIVER AND ORDER**<br>**Amendment of Release Conditions** |

    I recognize I have a statutory right under 18:3145, 3148(b), and Federal Rules of Criminal Procedure, Rule 44, to assistance of counsel and a hearing before my Pretrial Release conditions are amended.

    I hereby voluntarily waive my statutory right to a hearing and agree to the following amendment of my release conditions:

    The following condition shall be added:

1. The defendant shall participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make copayment toward the cost of services as directed by the Pretrial Services Division.

| | |
|---|---|
| *[signature]* Digitally signed by MATTHEW CASSELL Date: 2025.11.19 08:19:27 -07'00' | *[signature]* |
| Matthew Colson Cassell<br>November 17, 2025<br>Assistant U.S. Attorney / Date | Angeles Ellis<br>November 17, 2025<br>Defense Counsel / Date |

_____  
Anthony Damian Garcia  
November 17, 2025  
Defendant / Date

_____  
José L. Quintero  
November 17, 2025  
Intensive Supervision Specialist / Date

**ORDER OF THE COURT**

Considered and ordered this

19th   day of   November

and ordered filed and made a part of the records in the above case.

_____  
Maria S. Aguilera  
U.S. Magistrate Judge